UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MURRAY et al.<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:03 CV 694 (DJS) |
| VS. | : | |
| CHERRY HILL GLASS CO., INC., et al.<br>Defendants | : | FEBRUARY 27, 2004 |

**PLAINTIFFS' NOTICE OF SERVICE
OF EX PARTE MEMORANDUM**

The plaintiffs, Kenneth Murray, et al., by and through their attorney, hereby provide notice that on February 27, 2003, the plaintiffs' Ex Parte Memorandum was served in accordance with the Court's order, upon the Honorable Dominic J. Squatrito.

Respectfully submitted,

Plaintiffs,
Kenneth C. Murray, et al.

By_____
J. William Gagne, Jr.
J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126
e-mail: jwgagne@snet.net

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, February 27, 2004, to all counsel in this matter:

Paul S. Tagatac, Esquire
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford, CT 06106

_____
J. William Gagne, Jr.
Commissioner of the Superior Court