S/

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Walter Schatz, PJO
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

March 2, 2004

2:00 pm

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR
RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT
REASONABLE REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE
BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE
RESULTS IN AN ADJUDICATION. EACH PARTY NECESSARY TO CONSIDERATION
OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY
SHALL SUBMIT TO CHAMBERS ONLY, c/o THE HONORABLE DOMINIC J.
SQUATRITO, A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE
FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES);
3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5)
PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT
DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE
SETTLEMENT.

CASE NO. **3-03-cv-694(DJS)    Kenneth Murray, et al v Cherry Hill
Glass Co., Inc., et al**

J. William Gagne Jr.
J. William Gagne & Assoc.
1260 Silas Deane Hwy.
Wethersfield, CT 06109

Paul S. Tagatac
Christopher W. Huck
Michelson, Kane, Royster & Barger
93 Oak St.
Hartford, CT 06106-1552

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK