UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KENNETH MURRAY, ET AL**<br>     **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:03cv694(DJS) |
| **CHERRY HILL GLASS CO., INC.,**<br>**ET AL**<br>     **Defendants** | : |

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiffs moving to reopen the case on or before **April 30, 2004**. If the plaintiff does not move to reopen the case on or before **April 30, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

Defendants' Motion to Dismiss (Doc. #11) is hereby **DENIED as moot.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __15th__ day of March, 2004.

  /s/DJS  
Dominic J. Squatrito  
United States District Judge